THOMAS F. HERBERT, Appellant, v. PATRICK J. TORPEY, Respondent.— In an action to recover damages for injuries to person and property, the jury rendered a verdict in favor of plaintiff for $100 for the personal injuries and for $1,210 for the property damage. Plaintiff appeals from the judgment entered thereon and from an order denying his motion to set aside the verdict and for a new trial. On the appeal plaintiff claims only that the amount of the verdict for personal injuries was inadequate. Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless the defendant, within twenty days from the entry of the order to be entered hereon, stipulate to increase the amount of the judgment from $1,310 to $1,460, in which event the judgment, as so increased, and the order are unanimously affirmed, with costs. In our opinion the verdict for the personal injuries was inadequate. No error was committed by the exclusion of photographs of defendant's car as liability was admitted and no testimony was offered by defendant as to either plaintiff's personal injuries or his property damage. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

In the Matter of DANIEL BOSH, an Infant, by His Father, VINCENT BOSH, Respondent, against BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.— Appeal from an order granting the motion on behalf of an infant plaintiff for leave to file a late notice of claim under section 50-e of the General Municipal Law. The infant was fifteen years old at the time of the accident and was injured by a jig saw in a classroom, due to alleged improper supervision. Order reversed on the law and the facts, without costs, and motion denied, without costs. The failure to serve a notice in time was not by reason of the claimant's infancy and no other disability prevented timely filing. (*Matter of Nori* v. *City of Yonkers*, 274 App. Div. 545, affd. 300 N. Y. 632; *Matter of Lustig* v. *City of New York*, 278 App. Div. 716; *Matter of Adanuncio* v. *City of New York*, 281 App. Div. 763.) Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.